Kelly H. Dove, Esq.
Nevada Bar No. 10569
Carrie L. Parker, Esq.
Nevada Bar No. 10952
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: kdove@swlaw.com
cparker@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUNHAM TRUST COMPANY, a Nevada Corporation, as Trustee of the Darrell N. Garmann Testamentary Trust 2012,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., an international holding company; DOES 1 through 10; and DOE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No.: 3:18-cv-00181-LRH-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Dunham Trust Company ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), through their respective counsel of record, that the time allowed for Defendant to respond to Plaintiff's Complaint shall be extended up to and including May 30, 2018.

///

///

///

///

The Complaint and Summons were served April 12, 2018. The parties originally stipulated the response to the Complaint would be due May 23, 2018. Defendant filed its Notice of Removal on April 26, 2018. The purpose for this extension is to allow additional time to evaluate claims and defenses. This is the first request to extend the time for Defendant.

Dated: May 11, 2018

SNELL & WILMER L.L.P.

By: */s/ Carrie L. Parker*
Kelly H. Dove, NV Bar No. 10569
Carrie L. Parker, NV Bar No. 10952
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

Dated: May 11, 2018

By: */s/ Mark H. Gunderson*
GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Luke A. Walker, Esq.
Nevada State Bar No. 14429
3895 Warren Way
Reno, Nevada 89509

*Attorneys for Plaintiff Dunham Trust Company*

IT IS SO ORDERED.

DATED this 14th day of May, 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE