**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUNHAM TRUST COMPANY, a Nevada Corporation, as Trustee of the Darrell N. Garmann Testamentary Trust 2012,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., an international holding company; DOES 1 through 10; and DOE CORPORATIONS 1 through 10,<br><br>Defendants.<br>_____/ | 3:18-cv-00181-LRH-WGC<br><br>**STIPULATION FOR EXTENSION OF RESPONSE DEADLINES; ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Dunham Trust Company ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through their respective counsel of record, that the time allowed for Plaintiff to respond to Defendant's Motion to Dismiss shall be extended up to and including June 27, 2018. Further, the time allowed for Defendant to reply in support of the Motion to Dismiss shall be extended up to and including July 18, 2018.

The Motion to Dismiss was filed and served May 30, 2018. The original deadline for Plaintiff to respond to the Motion to Dismiss would be June 13, 2018, with Defendant's reply deadline as July 5, 2018. Good cause exists for the stipulated extension because the parties need additional time to

- 1 -

research, evaluate, and respond to the present motion practice. This is the first request to extend the time for the parties with regard to the Motion to Dismiss.

DATED this 8th day of June, 2018.

GUNDERSON LAW FIRM

*/s/ Mark Gunderson*
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Luke A. Walker, Esq.
Nevada State Bar No. 14429
3895 Warren Way
Reno, Nevada 89509
*Attorneys for Dunham Trust Company*

DATED this 8th day of June, 2018.

SNELL & WILMER L.L.P.

*/s/ Carrie Parker*
Kelly H. Dove, Esq.
Nevada State Bar No. 10569
Carrie L. Parker, Esq.
Nevada State Bar No. 10952
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Wells Fargo Bank, N.A.*

The Court finds and concludes that good cause exists to extend the time for the parties to respond with respect to the Motion to Dismiss. Any opposition to the Motion to Dismiss shall be filed on or before June 27, 2018 and any reply in support of the Motion to Dismiss shall be field on or before July 18, 2018.

IT IS SO ORDERED.

DATED this 11th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE