UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUNHAM TRUST COMPANY, a Nevada Corporation, as Trustee of the Darrell N. Garmann Testamentary Trust 2012,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., an international holding company; DOES 1 through 10; and DOE CORPORATIONS 1 through 10,<br><br>Defendants. | 3:18-cv-00181-LRH-WGC<br><br>STIPULATION FOR EXTENSION OF RESPONSE DEADLINES FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER<br><br>(First Request) |

IT IS HEREBY STIPULATED, by and between Plaintiff Dunham Trust Company ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through their respective counsel of record, that the time allowed for Plaintiff to respond to Defendant's Motion to Dismiss First Amended Complaint [ECF No. 21] shall be extended up to and including April 17, 2019. Further, the time allowed for Defendant to reply in support of the Motion to Dismiss First Amended Complaint shall be extended up to and including May 9, 2019.

- 1 -

The Motion to Dismiss First Amended Complaint was filed and served March 20, 2019. The original deadline for Plaintiff to respond to the Motion to Dismiss First Amended Complaint would be April 3, 2019, with Defendant's reply deadline as April 25, 2019. Good cause exists for the stipulated extension because the parties need additional time to research, evaluate, and respond to the present motion practice. This is the first request to extend the time for the parties with regard to the Motion to Dismiss First Amended Complaint.

DATED this 1st day of April, 2019.

GUNDERSON LAW FIRM

/s/ Luke A. Walker
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Catherine A. Reichenberg, Esq.
Nevada State Bar No. 10362
Luke A. Walker, Esq.
Nevada State Bar No. 14429
3895 Warren Way
Reno, Nevada 89509
*Attorneys for Dunham Trust Company*

DATED this 1 day of April, 2019.

SNELL & WILMER L.L.P.

/s/ Carrie L. Parker
Kelly H. Dove, Esq.
Nevada State Bar No. 10569
Carrie L. Parker, Esq.
Nevada State Bar No. 10952
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Wells Fargo Bank, N.A.*

The Court finds and concludes that good cause exists to extend the time for the parties to respond with respect to the Motion to Dismiss First Amended Complaint. Any opposition to the

///

Motion to Dismiss First Amended Complaint shall be filed on or before April 17, 2019 and any reply in support of the Motion to Dismiss First Amended Complaint shall be field on or before May 9, 2019.

IT IS SO ORDERED.

DATED this 2nd day of April, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE