K
N
S
38
L
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUNHAM TRUST COMPANY, a Nevada Corporation, as Trustee of the Darrell N. Garmann Testamentary Trust 2012,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., an international holding company; DOES 1 through 10; and DOE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No.: 3:18-cv-00181-LRH-WGC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

///

///

///

///

///

///

///

///

///

NOTICE IS HEREBY GIVEN to the Court and parties that Carrie Parker, Esq. is no longer employed by Snell & Wilmer L.L.P., no longer associated with this matter, and should be removed from the list of counsel of record in this case.

Dated: May 6, 2019

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, NV Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

IT IS SO ORDERED.

DATED: May 7, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE